# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:13 CV 165

| | | |
|---|---|---|
| JOSEPH M. WILKINS and MARY ANNE WILKINS, | ) ) ) | |
| Plaintiffs | ) ) | |
| V | ) ) | **ORDER** |
| BELMONT INDUSTRIES INC., et al., | ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on John D. Hurst's Application for Admission to Practice *Pro Hac Vice* of John E. Guerry, III. It appearing that John E. Guerry, III is a member in good standing with the South Carolina State Bar and will be appearing with John D. Hurst, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that John D. Hurst's Application for Admission to Practice *Pro Hac Vice* (#57) of John E. Guerry, III is **GRANTED**,

and that John E. Guerry, III is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with John D. Hurst.

Signed: August 8, 2013

Dennis L. Howell
United States Magistrate Judge