THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00165-MR-DLH

JOSEPH M. WILKINS, et al.,       )
                                 )
            Plaintiffs,          )
                                 )
    vs.                          )        **O R D E R**
                                 )
BELMONT INDUSTRIES, INC., et al.,)
                                 )
            Defendants.          )
_____)

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant The Goodyear Tire & Rubber Company [Doc. 86].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 86] is **GRANTED**, and all claims of the Plaintiffs against Defendant The Goodyear Tire & Rubber Company are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**    Signed: May 8, 2014

Martin Reidinger
United States District Judge