IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00165-MR-DLH

| | |
|---|---|
| **JOSEPH M. WILKINS, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **BELMONT INDUSTRIES INC.,** ) et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court *sua sponte*.

On November 21, 2013, the Plaintiff filed this action against multiple Defendants, including the Defendant Belmont Industries Inc. [Doc. 1]. An Affidavit of Service filed by the Plaintiff indicates that Belmont Industries Inc. was served on June 25, 2013. [Doc. 16]. To date, however, Belmont Industries Inc. has not made an appearance or otherwise defended this action, and the Plaintiff appears to have made no effort to prosecute the action further against this Defendant.

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate

motion or otherwise take further action with respect to the Defendant Belmont Industries Inc. The Plaintiff is advised that failure to take further action against Belmont Industries Inc. will result in the dismissal of this Defendant.

**IT IS SO ORDERED.**   Signed: May 8, 2014

Martin Reidinger
United States District Judge