# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00165-MR-DLH

| | |
|---|---|
| JOSEPH M. WILKINS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| BELMONT INDUSTRIES INC., ) et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss the Defendant SEPCO Corporation [Doc. 92].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 92] is **GRANTED**, and all claims of the Plaintiffs against Defendant SEPCO Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Martin Reidinger
United States District Judge