IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00165-MR-DLH

| | |
|---|---|
| JOSEPH M. WILKINS, et al., )<br>)<br>Plaintiffs, )<br>)<br>)<br>vs. )<br>)<br>)<br>BELMONT INDUSTRIES INC., )<br>et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss the Defendant Grinnell LLC [Doc. 89].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 89] is **GRANTED**, and all claims of the Plaintiffs against Defendant Grinnell LLC are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: May 20, 2014

Martin Reidinger
United States District Judge