IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00165-MR-DLH

JOSEPH M. WILKINS, et al., )
)
      Plaintiffs, )
)
vs. )      <u>O R D E R</u>
)
BELMONT INDUSTRIES INC., )
et al., )
)
      Defendants. )

**THIS MATTER** is before the Court on the Plaintiffs' Motion to Voluntarily Dismiss Belmont Industries, Inc. [Doc. 96].

Upon review of the Plaintiffs' Motion,

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion [Doc. 96] is **GRANTED**, and the Plaintiffs' claims against the Defendant Belmont Industries, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: May 20, 2014

Martin Reidinger
United States District Judge