IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00165-MR-DLH

| | |
|---|---|
| JOSEPH M. WILKINS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| BELMONT INDUSTRIES INC., ) et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 98].

Upon review of the Plaintiffs' Motion,

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion [Doc. 98] is **GRANTED**, and the Plaintiffs' claims against the Defendant Honeywell International Inc. (independently and as successor in interest to Allied Signal, Inc., a/k/a Alliedsignal, Inc., successor to Allied Corporation as successor in interest to The Bendix Corporation) are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Martin Reidinger
United States District Judge