IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00165-MR-DLH

| | |
|---|---|
| **JOSEPH M. WILKINS, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **BELMONT INDUSTRIES INC.,** ) et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 103].

Upon review of the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Motion [Doc. 103] is **GRANTED**, and the Plaintiffs' claims against the Defendant Crane Co. are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Martin Reidinger
United States District Judge