IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00165-MR-DLH

JOSEPH M. WILKINS, et al., )
)
        Plaintiffs, )
)
   vs. )        **O R D E R**
)
BELMONT INDUSTRIES INC., )
et al., )
)
        Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 105].

Upon review of the Plaintiffs' Motion,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 105] is **GRANTED**, and the Plaintiffs' claims against the Defendant John Crane Inc are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: June 6, 2014

Martin Reidinger
United States District Judge