# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13cv165

| | |
|---|---|
| JOSEPH M. WILKINS and MARY ANNE WILKINS, ) ) ) Plaintiffs, ) ) v. ) ) BELMONT INDUSTRIES, INC., et al., ) ) Defendants. ) _____ ) | ORDER |

Pending before the Court are the Motion to Substitute Party [# 113] and Motion to Amend [# 114]. Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, the Court **GRANTS** the Motion to Substitute Party [# 113]. The Court **DIRECTS** the Clerk to **SUBSTITUTE** Mary Anne Wilkins for Joseph M. Wilkins as the Plaintiff in this action. Upon a review of the pleadings, and pursuant to Rule 15 of the Federal Rules of Civil Procedure, the Court **GRANTS** the Motion to Amend [# 114]. Plaintiff shall have ten (10) days from the entry of this Order to file her Amended Complaint.

Signed: July 29, 2014

Dennis L. Howell
United States Magistrate Judge