IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00165-MR-DLH

| | |
|---|---|
| MARY ANNE WILKINS, Individually )<br>and as Executrix of the Estate of )<br>JOSEPH M. WILKINS, Deceased, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BELMONT INDUSTRIES INC., et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion for Dismissal of Trane U.S. Inc. [Doc. 124].

Upon review of the parties' Motion,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 124] is **GRANTED**, and the Plaintiffs' claims against the Defendant Trane U.S. Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge