IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00165-MR-DLH

MARY ANNE WILKINS, Individually )
and as Executrix of the Estate of )
JOSEPH M. WILKINS, Deceased, )
                                                            )
                    Plaintiff, )
                                                            )
    vs. )           O R D E R
                                                            )
BELMONT INDUSTRIES INC., et al., )
                                                             )
                   Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Consent Motion to Dismiss Foster Wheeler Energy Corporation [Doc. 136].

Upon review of the parties' Motion,

**IT IS, THEREFORE, ORDERED** that the Consent Motion [Doc. 136] is **GRANTED**, and the Plaintiffs' claims against the Defendant Foster Wheeler Energy Corporation are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: August 13, 2014

*/s/ Martin Reidinger*
Martin Reidinger
United States District Judge