IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00165-MR-DLH

| | |
|---|---|
| MARY ANNE WILKINS, Individually )<br>and as Executrix of the Estate of )<br>JOSEPH M. WILKINS, Deceased, )<br>                               )<br>               Plaintiff, )<br>                               )<br>   vs. )<br>                               )<br>BELMONT INDUSTRIES INC., et al., )<br>                               )<br>             Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Consent Motion to Dismiss General Electric Company [Doc. 135].

Upon review of the parties' Motion,

**IT IS, THEREFORE, ORDERED** that the Consent Motion [Doc. 135] is **GRANTED**, and the Plaintiffs' claims against the Defendant General Electric Company are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: August 13, 2014

Martin Reidinger
United States District Judge