IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00165-MR-DLH

| | |
|---|---|
| MARY ANNE WILKINS, Individually and as Executrix of the Estate of JOSEPH M. WILKINS, Deceased, ) ) ) ) Plaintiff, ) ) vs. ) ) BELMONT INDUSTRIES INC., et al., ) ) Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 129].

Upon review of the parties' Motion,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 129] is **GRANTED**, and the Plaintiffs' claims against the Defendant Sterling Fluid Systems (USA), LLC, improperly sued as "Sterling Fluid Systems (USA), LLC A Delaware Corporation," are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Signed: August 13, 2014

Martin Reidinger
United States District Judge