# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00165-MR-DLH

| | |
|---|---|
| **MARY ANNE WILKINS, Individually** ) <br> **and as Executrix of the Estate of** ) <br> **JOSEPH M. WILKINS, Deceased,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **BELMONT INDUSTRIES INC., et al.,** ) <br> ) <br> **Defendants.** ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Mediation Status Report [Doc. 137], which advises that the Plaintiff has reached an agreement with each of the remaining Defendants to either resolve the Plaintiff's claims or to voluntarily dismiss such claims.

In light of the Plaintiff's Status Report, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff and each settling Defendant shall file a memorandum of settlement with the Court setting out the basic terms of the parties' settlement agreement. Such memoranda may be filed under seal.

**IT IS FURTHER ORDERED** that each settling Defendant shall pay all sums required by the parties' respective settlement agreements and the parties shall file all such documents with the Court so as to effectuate the closing of the court file within sixty (60) days of the entry of this Order, unless additional time is sought and granted by the Court.

**IT IS FURTHER ORDERED** that the Plaintiff shall take such action as is necessary to dismiss her claims against the Defendant 3M Company within fourteen (14) days of this Order.

**IT IS SO ORDERED.**  Signed: August 13, 2014

Martin Reidinger
United States District Judge