IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00165-MR-DLH

| | |
|---|---|
| MARY ANNE WILKINS, Individually and as Executrix of the Estate of JOSEPH M. WILKINS, Deceased, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BELMONT INDUSTRIES INC., et al., )<br>)<br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Consent Motion to Dismiss CBS Corporation [Doc. 148].

Upon review of the parties' Motion,

**IT IS, THEREFORE, ORDERED** that the parties' Consent Motion [Doc. 148] is **GRANTED**, and the Plaintiff's claims against the Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge