IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00165-MR-DLH

MARY ANNE WILKINS, Individually )
and as Executrix of the Estate of )
JOSEPH M. WILKINS, Deceased, )
)
              Plaintiff, )
)
vs. )     **O R D E R**
)
BELMONT INDUSTRIES INC., et al., )
)
             Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion for Dismissal with Prejudice [Doc. 150].

Upon review of the parties' motion, and for cause shown

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 150] is **GRANTED**, and the Plaintiffs' claims against the Defendant Goulds Pumps, Inc. are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge