# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:13-cv-00165-MR-DLH

| | | |
|---|---|---|
| MARY ANNE WILKINS, Individually and as Executrix of the Estate of JOSEPH M. WILKINS, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **O R D E R** |
| BELMONT INDUSTRIES INC., et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion for Dismissal with Prejudice [Doc. 152].

Upon review of the parties' motion, and for cause shown

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 152] is **GRANTED**, and the Plaintiffs' claims against the Defendants Fluor Enterprises, Inc., Fluor Daniel Services Corporation, and Daniel International Corporation are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge