# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00165-MR-DLH

| | |
|---|---|
| MARY ANNE WILKINS, Individually and as Executrix of the Estate of JOSEPH M. WILKINS, Deceased, ) ) ) ) ) ) | |
| Plaintiff, ) ) ) | |
| vs. ) ) ) | **O R D E R** |
| BELMONT INDUSTRIES INC., et al., ) ) ) ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court *sua sponte*.

On August 27, 2014, the Plaintiff and the Defendant Metropolitan Life Insurance Company filed a joint statement advising the Court of the terms of their settlement agreement. [Doc. 145]. The Plaintiff and the Defendant Industrial Holdings Corporation filed a similar settlement memorandum on September 5, 2014. [Doc. 147]. Under the terms of the Court's prior Orders [Docs. 67, 141], the parties had sixty days within which to finalize their respective settlements and file stipulations of dismissal. More than sixty

days have passed since the filing of the parties' settlement memoranda, and no stipulations have been filed.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff shall file stipulations of dismissal of her claims against the Defendants Metropolitan Life Insurance Company and Industrial Holdings Corporation within fourteen (14) days of the entry of this Order, or the Court will dismiss such claims without prejudice.

**IT IS SO ORDERED.**

Signed: April 27, 2015

Martin Reidinger
United States District Judge