IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00165-MR-DLH

| | |
|---|---|
| MARY ANNE WILKINS, Individually and as Executrix of the Estate of JOSEPH M. WILKINS, Deceased, </br></br>Plaintiff, </br></br>vs. </br></br>BELMONT INDUSTRIES INC., et al., </br></br>Defendants. | ) ) ) ) ) ) ) ) **O R D E R** ) ) ) ) |

**THIS MATTER** is before the Court on the parties' Joint Motion for Dismissal of Industrial Holdings Corporation [Doc. 155].

Upon review of the parties' Motion,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 155] is **GRANTED**, and the Plaintiffs' claims against the Defendant Industrial Holdings Corporation are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: May 6, 2015

Martin Reidinger
United States District Judge