IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00165-MR-DLH

| | |
|---|---|
| MARY ANNE WILKINS, Individually and as Executrix of the Estate of JOSEPH M. WILKINS, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) **O R D E R** ) |
| BELMONT INDUSTRIES INC., et al., | ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 156].

Upon review of the parties' Motion,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 156] is **GRANTED**, and the Plaintiffs' claims against the Defendant Metropolitan Life Insurance Company are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge